170 A.3d 335

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. HARPAL SINGH, DEFENDANT–PETITIONER.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003203–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 335

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
DANYELL FUQUA, DEFENDANT–PETITIONER.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003364–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted; and it is further

ORDERED that the appellant may serve and file a supplemental brief on or before November 13, 2017 and respondent may serve and file a supplemental brief forty-five (45) days after the filing of appellant's supplemental submission, or, if appellant declines to file such a submission, on or before December 28, 2017.